RECEIVED

FILED

UNITED STATES COURT OF APPEALS

JUN 26 2006

MAY 30 2006

FOR THE NINTH CIRCUIT

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ADRIAN LOPEZ-COTA,<br><br>Defendant - Appellant. | No. 05-30408<br><br>D.C. No. CR-04-00004-4-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |
|---|---|

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

Appellant's motion to consolidate appeal Nos. 05-30408 and 05-30421 is denied.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220 (2005), do not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

S:\MOATT\Panelord\5.24.06\orders\mg3\05-30408.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 1 2006

by: Deputy Clerk