UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ADRIAN LOPEZ-COTA,<br><br>Defendant - Appellee. | No. 05-30421<br><br>1:04-cr-00004-04<br>D.C. No. CR-04-00004-4-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
JUL 1 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

*[signature]*
Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 1 2 2006

by: *[signature]*
Deputy Clerk

S:\MOATT\Clrkords\07.06\ahh\05-30421.wpd