```
  LEXE1    531.01 *           INMATE HISTORY              *    01-11-2008
 PAGE 001 OF 001 *              EDUCATION                 *      20:21:45

 REG NO..: 34676-086 NAME....: LOPEZ-COTA, ADRIAN
 CATEGORY: EDC         FUNCTION: PRT        FORMAT: EDUCATION

 SUB-FACL   DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
 LEX M      GED/2-4/COLLINS EXT. 208        08-27-2007  CURRENT
 LEX M      SPANISHGED 12-2 J CAMPBELL/793  07-24-2006  08-24-2007  P   W  I   472
 LEX M      PACT M-F 2-330/S LOGAN X5206    02-01-2007  03-19-2007  P   C  P    40
 LEX M      STUDIO WRK/OFF HOURS/EXT 210    09-22-2005  12-31-2005  P   C  P    42




 G0000           TRANSACTION SUCCESSFULLY COMPLETED
```