# Certificate of Completion

This certifies that

*Adrian Lopez-Cota*

completed 40 hours of **Parenting Skills** at FMC, Lexington.

Presented this 19th day of March, 2007

Steve Logan, Teacher

Shan Bullock, Supervisor of Education