# Certificate of Recognition

I would like to thank Mr. Adrian Lopez-Cota for participating in FMC Lexington's Art Contest.

Your painting "Loving You" was very well presented and worthy of recognition.

This certificate is hereby issued this 5th day of April, 2006.

_____
Diane Walker, Rec. Spec

_____
T. Smith, , SOR