IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADRIAN LOPEZ-COTA,<br><br>        Defendant. | Case No. 1:04-cr-00004-JWS<br><br><br><br>ORDER STAYING ACTION |

On January 28, 2008, Adrian Lopez-Cota, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket No. 191.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3]  Since that case was decided, it has been determined that the guidelines will become retroactive on March 3, 2008.[4]  Therefore, Mr. Lopez-Cota's motion is premature.

**IT IS THEREFORE ORDERED that:**

1. The motion for re-sentencing, at docket number 191, is denied with leave to re-file on or after **March 3, 2008**.

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, a form CJA 23, Financial Affidavit, and a Notice of Intent to Proceed Without Counsel, to Mr. Lopez-Cota with a copy of this Order.

3. Mr. Lopez-Cota may file an application for counsel, or notice of intent to proceed without counsel, with the new motion for re-sentencing.

DATED this 29th day of January, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge

---

[3] *Id.* at n. 11.

[4] *See United States Ross*, ___ F.3d ___ 2008 WL 115115 (9th Cir. Jan. 14, 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").