Name: Adrian Lopez-Cota
Reg. No. 34674-086

Address: P.O. Box 14500
Lexington, Ky 40512

Telephone Number:



RECEIVED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Adrian Lopez-Cota,

**Plaintiff/Petitioner,**

vs,

United States of America,

**Defendant/Respondent.**

CASE NO. 1:04-cr-00004-JWS

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 2/6/08

Adrian Lopez Cota
**Plaintiff/Petitioner**

Appt. Counsel
Effect. 5/97



Adrian Lopez Cota.
# 34676-086
Fmc Lexington
federal medical center
PO Box 14500

UNITED STATES
Court, District of
Clerk of Courts,
U.S. Courthouse.
222 W. 7th Ave
Anchorage, Alaska