IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADRIAN LOPEZ-COTA,<br><br>    Defendant. | Case No. 1:04-cr-00004-JWS<br><br>ORDER APPOINTING COUNSEL |

On January 28, 2008, Adrian Lopez-Cota, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), which was stayed until March 3, 2008.[1] On February 11, 2008, however, Mr. Lopez-Cota, moved for appointment of counsel for the purposes of the re-sentencing.[2]  This action is no longer stayed.

---

[1] *See* Docket Nos. 191,192; *see also United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[2] *See* Docket No. 193.

**IT IS THEREFORE ORDERED that:**

1. Mr. Lopez-Cota's application for appointment of counsel, at docket number 193, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Lopez-Cota in this case, for the purposes of filing a motion under section 3582(c).

2. Counsel for Mr. Lopez-Cota shall review the record, confer with him, and file an amended motion, or other appropriate document, **on or before May 2, 2008**.

3. The Government shall file response within sixty days from the time counsel for Mr. Lopez-Cota files the renewed motion.

4. A reply to the response may be filed thirty days after the filing of the response.

DATED this 3rd day of March, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge