Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADRIAN LOPEZ-COTA,<br><br>　　　　　　Defendant. | Case No. 1:04-cr-0004-JWS<br><br>**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE DEFENDANT'S MOTION FOR RE-SENTENCING,<br>FILED *NUNC PRO TUNC*** |

　　　　　　Defendant, Adrian Lopez-Cota, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for one forty-five day extension of time in order to file the defendant's petition for resentencing under the crack cocaine amendment. This motion is unopposed by Assistant United States Attorney Frank Russo.

　　　　　　This motion has been filed *nunc pro tunc* as counsel was unaware that the petition was assigned to her and was due May 2, 2008. The undersigned received a call from the court clerk on May 15, 2008, advising of the oversight. Although counsel attempted to remedy the situation and file Mr. Lopez-Cota's motion before she left on leave on May 18, she was unable to do so because she had not obtained the recording or the full transcript of his sentencing, and could not know the

basis for the court's original sentencing.  Council will be back in the office on June 15, 2008, and will have access to the recording at that time.

                DATED this 20th day of May, 2008.

                Respectfully submitted,

                FEDERAL PUBLIC DEFENDER
                FOR THE DISTRICT OF ALASKA

                /s/ Mary C. Geddes
                Assistant Federal Defender
                Alaska Bar No. 8511157
                601 West 5th Avenue, Suite 800
                Anchorage, AK  99501
                Ph:  (907) 646-3400
                Fax:  (907) 646-3480
                mary_geddes@fd.org

Certification:

I certify that on 20, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Mary C. Geddes