UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ADRIAN LOPEZ-COTA,<br><br>                Defendant. | Case No. 1:04-cr-0004-JWS<br><br>**ORDER GRANTING TIME,**<br>*NUNC PRO TUNC* |

       After due consideration of defendant's Unopposed Motion for Additional Time to File Defendant's Motion for Re-sentencing, Filed Nunc Pro Tunc, the court GRANTS the motion. Defendant shall have until July 3, 2008, within which to file his petition for resentencing under the crack cocaine amendment. The government shall have 60 days within which to respond to defendant's petition, and defendant shall have 30 days from service of the government's response to file his reply.

       DATED this 20th day of May 2008, in Anchorage, Alaska.

                                    /s/ John W. Sedwick<br>                             United States District Court Judge