# Certificate of Recognition

I would like to thank Mr. Adrian Lopez-Cota for participating in FMC Lexington's Art Contest.

Your painting "Loving You" was very well presented and worthy of recognition.

This certificate is hereby issued this 5th day of April, 2006.

_T. Smith,, SOR_

_Diane Walker, Rec. Spec_

Exhibit A - Page 1 of 3

# Certificate of Completion

This certifies that

*Adrian Lopez-Cota*

completed 40 hours of **Parenting Skills** at FMC, Lexington.

Presented this 19th day of March, 2007

Steve Logan, Teacher

Shani Bullock, Supervisor of Education

Exhibit A - Page 2 of 3

```
   LEXE1  531.01 *              INMATE HISTORY              *      01-11-2008
 PAGE 001 OF 001 *               EDUCATION                 *      20:21:45

   REG NO..: 34676-086 NAME....: LOPEZ-COTA, ADRIAN
 CATEGORY: EDC        FUNCTION: PRT        FORMAT: EDUCATION

 SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
 LEX M       GED/2-4/COLLINS EXT. 208     08-27-2007 CURRENT
 LEX M       SPANISHGED 12-2 J CAMPBELL/793 07-24-2006 08-24-2007  P  W  I  472
 LEX M       PACT M-F 2-330/S LOGAN X5206 02-01-2007 03-19-2007  P  C  P   40
 LEX M       STUDIO WRK/OFF HOURS/EXT 210 09-22-2005 12-31-2005  P  C  P   42
```

```
 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit A - Page 3 of 3