UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN LOPEZ-COTA,<br><br>　　　　　Defendant. | Case No. 1:04-cr-0004-JWS<br><br>**PROPOSED<br>ORDER REDUCING SENTENCE** |

After due consideration of defendant's Motion to Reduce Sentence, filed on shortened time the court GRANTS the motion. Mr. Lopez-Cota's sentence is reduced to _____ months.

DATED _____, 2008, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　United States District Court Judge