NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:04-cr-00004-JWS |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE TO THE COURT |
| vs. | ) |
| | ) |
| ADRIAN LOPEZ-COTA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

COMES NOW the United States of America, by and through undersigned

counsel, and hereby gives notice to the court regarding defendant's motion to

reduce sentence filed at docket 225.

Defendant and counsel for the government have agreed that the defendant's motion to reduce his sentence is not colorable.  Accordingly, the counsel for the defendant plans to withdraw the motion after advising her client of same.

RESPECTFULLY SUBMITTED this 2ⁿᵈ day of September, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov


I declare under penalty of perjury that a true and
correct copy of the foregoing was sent to the
following counsel of record on September, 2008, via ECF:

Mary C. Geddes

Executed at Anchorage, Alaska, on September 2, 2008.

s/Frank V. Russo
Office of the U.S. Attorney


U.S. v. Adrian Lopez-Cota
1:04-cr-00004-JWS                    2