Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN LOPEZ-COTA,<br><br>　　　　　Defendant. | Case No. 1:04-cr-0004-JWS<br><br>**NOTICE OF DEFENDANT'S INTENT TO WITHDRAW HIS MOTION TO REDUCE (Docket No. 225)** |

　　　　Defendant, Adrian Lopez-Cota, by and through counsel Mary C. Geddes, Assistant Federal Defender, notifies this court of his intent to withdraw his motion to reduce sentence, filed July 3, 2008, at Docket No. 225.  Defense counsel will await a written agreement from Mr. Lopez-Cota before filing the motion.

DATED this 4th day of September 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on September 4, 2008, a copy of the *Notice of Defendant's Intent to Withdraw His Motion to Reduce (Docket No. 225)* was served electronically on:

Frank V. Russo, Esq.


/s/ Mary C. Geddes